EXHIBIT A

FILED

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS JAN 22 A 9 01

STATE OF LOUISIANA

CIVIL
DISTRICT COURT

NO. 19 - 707

DIVISION " "

TOMMY BADEAUX AND CANDIS LAMBERT, individually and on behalf of NEW
ORLEANS SAINTS SEASON TICKET HOLDERS, NEW ORLEANS SAINTS
NATIONAL FAN BASE a/k/a THE WHO DAT NATION, ANY PARTY WITH
INTEREST THAT HAS BEEN AFFECTED BY THE OUTCOME



VERSUS

SECTION 14

ROGER GOODELL as COMISSIONER OF THE NATIONAL FOOTBALL LEAGUE,
NATIONAL FOOTBALL LEAGUE and NFL PROPERTIES, LLC, Successor-in-interest
to NFL PROPERTIES, INC.

CHELSEY RICHARD NAPOLEON
CLERK, CIVIL DISTRICT COURT
FILED: _____  402 CIVIL COURTS BUILDING
421 LOYOLA DEPUTY CLERK
NEW ORLEANS, LA 70112
504- 407 -0000

PETITION FOR WRIT OF MANDAMUS
Receipt Date          1/22/2019 9:15:00 AM
Receipt Number     737233

The petition of Tommy Badeaux and Candis Lambert, individually and on behalf of New

Orleans Saints Season Ticket Holders, New Orleans Saints National Fan Base a/k/a The Who

Dat Nation and any party with interest that has been affected by the outcome, are persons of the
Amount Received   $ 505.00

full age of majority and season ticket holders for games played in the City of New Orleans,
Balance Due          $ 0.00
Over Payment       $ 0.00

Parish of Orleans, State of Louisiana, with respect represent Transaction List

Check #  47155 $505.00

I.

Made defendants herein are:

Item                    Charged    Paid    Bal

A. ROGER GOODELL, a person of the full age of majority and resident of the

State of New York, who is the commissioner of the National Football League.

B. NATIONAL FOOTBALL LEAGUE hereinafter referred to as ("NFL")

foreign company authorized and doing business in Orleans Parish, Louisiana.

C. NFL PROPERTIES, LLC, successors-in-interest to NFL PROPERTIES,

INC, a foreign company authorized and doing business in Orleans Parish, Louisiana.

2.

That on January 20, 2019, with the game clock registering a mere 1:49 left to the

National Football Championship Game in New Orleans, Louisiana, Los Angeles Rams,

cornerback, Nickell Robey-Coleman, (who later admitted to egregious pass interference however

JAN 2 2 2019



VERIFIED

VERIFIED
JAN 22 2019

failed to admit to the helmet to helmet contact), made improper contact with New Orleans Saints, wide receiver, Tommylee Lewis, preventing him from catching a potential game winning touchdown, which drastically altered the momentum and outcome of the entire game.

## THE COMMISSIONER HAS AUTHORITY TO TAKE ACTION OVER
## RAMS-SAINTS GAME

3.

"The Commissioner has the sole authority to investigate and take appropriate disciplinary and/or corrective measures if any club action, non-participant interference, or calamity occurs in an NFL game which the Commissioner deems so extraordinarily unfair or outside the accepted tactics encountered in professional football that such action has a major effect on the result of the game," NFL Rule 17, Section 2, Article 1.

4.

"The Commissioner's power under this Section 2 include… the reversal of a game's result or the rescheduling of a game, either from the beginning or from the point at which the extraordinary act occurred.", NFL Rule 17, Section 2, Article 3.

5.

The blatant infraction and deliberate act of Los Angeles Rams cornerback, Robey-Coleman was admitted by the player to avoid a touchdown by New Orleans Saints, wide receiver, Tommylee Lewis. The non-call of the actions of Robey-Coleman was later admitted by NFL officials to New Orleans Saints coach, Sean Payton, as a blunder. The impact of the non-call is egregious and demands recourse.

6.

"I don't know if there was ever more obvious pass interference," Payton said. "It's frustrating, you know. Just getting off the phone with the league office, they blew the call, there were a lot of opportunities though. But that call makes it first and ten, we're on our knee three plays, and it's a game changing call. It's where it's at. It's disappointing".

7.

Los Angeles Rams defensive back, Nickell Robey-Coleman not only interfered with Saints receiver Tommylee Lewis but also applied an illegal helmet-to-helmet hit on a defenseless

receiver. Inexplicably, neither penalty was called. The scrutiny arising from the non-call has led to the appearance of foul play by the officials:

Todd Prukop, back up judge, is from Los Angeles

Gary Cavaletto, side judge, is from Los Angeles

Bill Vinovich, officiant, and his team, were the subject of a petition to be removed in the official capacity as referee in the NFC Championship game for previously alleged biased rulings on the field.

Whether or not the bias is intentional, there is too much evidence to demonstrate a pattern, and for a corporation as big as the NFL not to see the pattern is highly unlikely. The Magnitude of this game is too large and the referees should be neutral and enforce the rules, plain and simple.

8.

As a direct result of the said incident, plaintiffs herein, have been left bereft and with no faith in the National Football League for fairness despite the leagues own rules to correct such errors, along with emotional anguish, monetary loss for ticket holders, who purchased tickets with the presumption of integrity and fairness

9.

Petitioner shows that the said incident was proximately caused by the negligence of the defendant, Roger Goodell and the National Football League, in the following non-exclusive respects:

a.    Failure to maintain proper lookout;

b.    Failure to properly call penalties and infractions during game play;

c.    Failure to review plays to correct field oversight after the fact;

d.    Failure to exercise the rights afforded to the commissioner to correct extraordinary unfair actions;

e.    Failure to enforce the rules of the game;

f.    Failure to properly train and supervise referees;

g.    Any other act of negligence shown at the trial of this matter.

10.

Defendant, Roger Goodell, commissioner for the National Football League has a duty to enforce the rules of the NFL, including but not limited to Rule17, in its entirety, and his failure to enforce said rule places him directly liable unto petitioners for their damages.

11.

Petitioners, itemize their damages as follows:

a.   Past, present and future mental anguish and emotional trauma;

b.   Past, present and future loss of faith in the National Football League;

c.   Past, Present and future loss of enjoyment of life;

d.   Present and future loss of entertainment;

e.   Distrust of the game which has become the National pastime.

g.   Other damages itemized at the trial of this matter.

WHEREFORE, petitioners, Tommy Badeaux and Candis Lambert, individually and on behalf of New Orleans Saints Season Ticket Holders, New Orleans Saints National Fan Base a/k/a The Who Dat Nation and any party with interest that has been affected by the outcome, pray that this petition be served upon defendants, ROGER GOODELL as COMISSIONER OF THE NATIONAL FOOTBALL LEAGUE, NATIONAL FOOTBALL LEAGUE and NFL PROPERTIES, LLC, Successor-in-interest to NFL PROPERTIES, INC., and after due proceedings, there be judgment in Plaintiffs' favor, granting plaintiffs' claims against defendants, ROGER GOODELL as COMISSIONER OF THE NATIONAL FOOTBALL LEAGUE, NATIONAL FOOTBALL LEAGUE and NFL PROPERTIES, LLC, Successor-in-interest to NFL PROPERTIES, INC. together with interest thereon and for all costs of these proceedings, and for all general and equitable relief.

Petitioners further prays that a writ of mandamus be ordered by this Court, to be heard summarily, not less than two, nor more than ten days of the service of the writ, or considering the time sensitive nature of this matter, that this Court set this matter for hearing less than two

days after the service of the writ.

Respectfully Submitted:

Frank J. D'Amico, Jr., APLC

Frank J. D'Amico, Jr., APLC
Frank J. D'Amico, Jr. (Bar # 17519)
4608 Rye Street, Metairie, Louisiana 70006
Telephone:  504-525-7272
Telecopier:  504-525-9522
**Attorneys for Plaintiffs**

**CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS**



**STATE OF LOUISIANA**

NO.                                    DIVISION "    "

**TOMMY BADEAUX and CANDIS LAMBERT, individually and on behalf of NEW
ORLEANS SAINTS SEASON TICKET HOLDERS, NEW ORLEANS SAINTS
NATIONAL FAN BASE a/k/a THE WHO DAT NATION, ANY PARTY WITH
INTEREST THAT HAS BEEN AFFECTED BY THE OUTCOME**

**VERSUS**

**ROGER GOODELL as COMISSIONER OF THE NATIONAL FOOTBALL LEAGUE,
NATIONAL FOOTBALL LEAGUE and NFL PROPERTIES, LLC, Successor-in-interest
to NFL PROPERTIES, INC.**

FILED:_____          _____
                                                **DEPUTY CLERK**

**VERIFICATION OF PETITION:**

**STATE OF LOUISIANA**
**PARISH OF JEFFERSON**

    **BEFORE ME,** the undersigned authority, duly commissioned and qualified

in and for the Parish and State aforesaid, personally came and appeared:

**CANDIS LAMBERT**

who after being duly sworn, did depose and state that she the principal member of the

above captioned Petition, that she has read the Petition for Writ of Mandamus and/or Class

Action Damages and that allegations contained therein are true and correct to the best of

her knowledge, information and belief.

                              _____
                              CANDIS LAMBERT

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 21st DAY
OF January , 2019.

_____
Frank J. D'Amico, Jr. (#17519)
NOTARY PUBLIC
MY COMMISSION EXPIRES AT DEATH

VERIFIED

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO.                                                    DIVISION "   "

TOMMY BADEAUX and CANDIS LAMBERT, individually and on behalf of NEW
ORLEANS SAINTS SEASON TICKET HOLDERS, NEW ORLEANS SAINTS
NATIONAL FAN BASE a/k/a THE WHO DAT NATION, ANY PARTY WITH
INTEREST THAT HAS BEEN AFFECTED BY THE OUTCOME

VERSUS

ROGER GOODELL as COMISSIONER OF THE NATIONAL FOOTBALL LEAGUE,
NATIONAL FOOTBALL LEAGUE and NFL PROPERTIES, LLC, Successor-in-interest
to NFL PROPERTIES, INC.

FILED:_____        _____
                                                      DEPUTY CLERK

### VERIFICATION OF PETITION:

**STATE OF LOUISIANA**
**PARISH OF JEFFERSON**

BEFORE ME, the undersigned authority, duly commissioned and qualified

in and for the Parish and State aforesaid, personally came and appeared:

### TOMMY BADEAUX

who after being duly sworn, did depose and state that he the principal member of the above

captioned Petition, that he has read the Petition for Writ of Mandamus and/or Class Action

Damages and that allegations contained therein are true and correct to the best of his

knowledge, information and belief.

_____
TOMMY BADEAUX

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 21ST DAY
OF January        , 2019.

_____
Frank J. D'Amico, Jr.   (# 17519)
NOTARY PUBLIC
MY COMMISSION EXPIRES AT DEATH

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

FILED
2019 JAN 22 A 9 02

STATE OF LOUISIANA

NO. 19-707

DIVISION [      ] CIVIL COURT

TOMMY BADEAUX and CANDIS LAMBERT, individually and on behalf of NEW
ORLEANS SAINTS SEASON TICKET HOLDERS, NEW ORLEANS SAINTS
NATIONAL FAN BASE a/k/a THE WHO DAT NATION, ANY PARTY WITH
INTEREST THAT HAS BEEN AFFECTED BY THE OUTCOME

VERSUS

ROGER GOODELL as COMISSIONER OF THE NATIONAL FOOTBALL LEAGUE,
NATIONAL FOOTBALL LEAGUE and NFL PROPERTIES, LLC, Successor-in-interest
to NFL PROPERTIES, INC.

FILED:_____        _____
                                                 DEPUTY CLERK

RULE TO SHOW CAUSE

Considering the above verified Petition for Writ of Mandamus:

IT IS ORDERED THAT ROGER GOODELL as COMISSIONER OF THE

NATIONAL FOOTBALL LEAGUE, NATIONAL FOOTBALL LEAGUE and NFL

PROPERTIES, LLC, Successor-in-interest to NFL PROPERTIES, INC, show cause on the

_28th_ day of _January_, 2019 at _10:00_ (am)/pm, or as soon thereafter as counsel

can be heard, why a writ of mandamus should not be issued by this Court compelling

Roger Goodell, commissioner of National Football League, to implement Rule 17,

Section 2, Article 1 and 3, wherein the commissioners power under this section 2

include … the reversal of a game's result or the rescheduling of a game either from the

beginning or from the point of which the extraordinary act occurred, (NFL Rule 17,

Section 2, Article 3).

JAN 2 2 2019

New Orleans, Louisiana, this _____ day of _____, 2019.

_Sharen Carter Sheridan_
Sharen Carter Sheridan
Division "I"
BY ORDER OF THE COURT

SERVICE INSTRUCTIONS ON NEXT PAGE

JAN 2 2 2019
VERIFIED

## PLEASE SERVE

**Roger Goodell**
**VIA LONGARM SERVICE**
Through his place of employment
National Football League Corporate Offices
280 Park Avenue
New York, NY 10017

**National Football League**
HOLD FOR SERVICE

**NFL Properties, LLC**
HOLD FOR SERVICE

ATTORNEY'S NAME:   DAmico, Frank J 17519
AND ADDRESS:   4608 Rye Street , Metarie, LA 70006

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

| NO: 2019-00707 | DIVISION: I | SECTION: 14 |
|---|---|---|

### BADEAUX, TOMMY  ET AL

Versus

### GOODELL, ROGER (AS COMMISSIONER OF THE NATIONAL FOOTBALL LEAGUE) ET AL

### CITATION - LONG ARM

TO:      ROGER GOODELL

THROUGH:   THE LOUISIANA LONG ARM STATUTE  HIS PLACE OF EMPLOYMENT, NATIONAL
          FOOTBALL LEAGUE CORPORATE OFFICES
          280 PARK AVENUE , NEW YORK , NY 10017

**YOU HAVE BEEN SUED:** You are ordered to show cause **January 28, 2019** at **10:00 AM** as prescribed in the annexed copy of petitions prayed for and according to law.

You must either comply with the demand contained in the

PETITION FOR WRIT OF MANDAMUS

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within thirty (30) days after the filing in the record of the affidavit of the individual attesting to the manner of delivery made through the "Long Arm Statute" under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

\*\*\*\*\*\*\*COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE\*\*\*\*\*\*\*\*

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA January 22, 2019**

| **Clerk's Office, Room 402, Civil Courts** | **CHELSEY RICHARD NAPOLEON, Clerk of** |
|---|---|
| **421 Loyola Avenue** | **The Civil District Court** |
| **New Orleans, LA** | **for the Parish of Orleans** |
| | **State of LA** |
| | **by** |
| | **Amber Darby, Deputy Clerk** |

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| **PETITION FOR WRIT OF MANDAMUS** | **PETITION FOR WRIT OF MANDAMUS** |
| ON **ROGER GOODELL** | ON **ROGER GOODELL** |
| THROUGH: **THE LOUISIANA LONG ARM STATUTE  HIS PLACE OF EMPLOYMENT, NATIONAL FOOTBALL LEAGUE CORPORATE OFFICES** | THROUGH: **THE LOUISIANA LONG ARM STATUTE  HIS PLACE OF EMPLOYMENT, NATIONAL FOOTBALL LEAGUE CORPORATE OFFICES** |
| Returned the same day _____ No. _____ | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIMHER the said ROGER GOODELL being absent from the domicile at time of said service. |
| Deputy Sheriff of _____ | |
| Mileage: $ _____ | Returned the same day _____ No. _____ |
| _____ /ENTERED / _____ | Deputy Sheriff of _____ |
| PAPER            RETURN | |
| ____/____        ____/____ | |
| SERIAL NO.    DEPUTY    PARISH | |

ATTORNEY'S NAME:   DAmico, Frank J 17519
AND ADDRESS:   4608 Rye Street , Metarie, LA 70006

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

| NO: 2019-00707 | DIVISION: I | SECTION: 14 |
|---|---|---|

### BADEAUX, TOMMY  ET AL

Versus

### GOODELL, ROGER (AS COMMISSIONER OF THE NATIONAL FOOTBALL LEAGUE) ET AL

### CITATION - LONG ARM

TO:          ROGER GOODELL

THROUGH:     THE LOUISIANA LONG ARM STATUTE  HIS PLACE OF EMPLOYMENT, NATIONAL
             FOOTBALL LEAGUE CORPORATE OFFICES
             280 PARK AVENUE , NEW YORK , NY 10017

**YOU HAVE BEEN SUED:** You are ordered to show cause **January 28, 2019** at **10:00 AM** as prescribed in the annexed copy of petitions prayed for and according to law.

You must either comply with the demand contained in the

PETITION FOR WRIT OF MANDAMUS

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within thirty (30) days after the filing in the record of the affidavit of the individual attesting to the manner of delivery made through the "Long Arm Statute" under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA January 22, 2019

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by
Amber Darby, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| PETITION FOR WRIT OF MANDAMUS | PETITION FOR WRIT OF MANDAMUS |
| ON  ROGER GOODELL | ON  ROGER GOODELL |
| THROUGH: THE LOUISIANA LONG ARM STATUTE HIS PLACE OF EMPLOYMENT, NATIONAL FOOTBALL LEAGUE CORPORATE OFFICES | THROUGH: THE LOUISIANA LONG ARM STATUTE HIS PLACE OF EMPLOYMENT, NATIONAL FOOTBALL LEAGUE CORPORATE OFFICES |
| Returned the same day | by leaving same in the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and |
| No. _____ | discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said ROGER GOODELL being absent from the domicile at time of said service. |
| Deputy Sheriff of _____ | |
| Mileage: $ _____ | Returned the same day |
| _____ / ENTERED / _____ | No. _____ |
| PAPER          RETURN | |
| _____ / _____ / _____ | Deputy Sheriff of _____ |
| SERIAL NO.     DEPUTY     PARISH | |

ID: 10108219                          Page 1 of 1

FILED

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 19-707              DIVISION "I"         Docket: 14

CIVIL
DISTRICT COURT

TOMMY BADEAUX AND CANDIS LAMBERT, individually and on behalf of NEW
ORLEANS SAINTS SEASON TICKET HOLDERS, NEW ORLEANS SAINTS
NATIONAL FAN BASE a/k/a THE WHO DAT NATION, ANY PARTY WITH
INTEREST THAT HAS BEEN AFFECTED BY THE OUTCOME

VERSUS

ROGER GOODELL as COMISSIONER OF THE NATIONAL FOOTBALL LEAGUE,
NATIONAL FOOTBALL LEAGUE and NFL PROPERTIES, LLC, Successor-in-interest
to NFL PROPERTIES, INC.

FILED:_____        _____

                                                    DEPUTY CLERK

JOINT MOTION, MEMORANDUM IN SUPPORT, AND ORDER TO ENROLL
ADDITIONAL COUNSEL OF RECORD

     NOW COME Plaintiffs in the above numbered and captioned cause, by and through

undersigned counsel, and attorneys James R. Dugan, II,  David S. Scalia, James M. Williams

Roderick "Rico" Alvendia,  J. Bart Kelly, III, Jeanne K. Demarest, and Anthony D. Irpino, who

jointly move for an Order enrolling the following counsel as additional counsel:

| | |
|---|---|
| **THE DUGAN LAW FIRM, APLC**<br>James R. Dugan, II (24785)<br>David S. Scalia (21369)<br>One Canal Place, Suite 1000<br>365 Canal Street<br>New Orleans, LA70130<br>Tel: 504-648-0180<br>Fax: 504-648-0181 | **LAW OFFICE OF ALVENDIA,**<br>**KELLY & DEMAREST, LLC**<br>Roderick "Rico" Alvendia, (2555)<br>J. Bart Kelly, III, (24488)<br>Jeanne K. Demarest, 23032)<br>909 Poydras Street, Suite 1625<br>New Orleans, Louisiana 70112<br>Telephone: (504) 200-0000<br>Facsimile: (504) 200-0001 |
| **CHEHARDY SHERMAN &**<br>**WILLIAMS**<br>James M. Williams (26141)<br>One Galleria, Suite 1100<br>Metairie, Louisiana 70001<br>(504) 217-2006 | **IRPINO AVIN & HAWKINS**<br>Anthony D. Irpino (24727)<br>2216 Magazine St.<br>New Orleans, LA 70130<br>Tel:  (504) 525-1500<br>Fax: (504) 525-1501 |

     WHEREFORE, plaintiffs pray that the Motion be granted and that the above named

counsel be enrolled as additional counsel of record for plaintiffs in the above numbered and

captioned cause.

VERIFIED
1-24-19

Respectfully Submitted,

**FRANK J. D'AMICO, JR., APLC**

_____
Frank J. D'Amico, Jr. (17519)
New Orleans, Louisiana 70113
Telephone No.: (504) 525-7272
Facsimile No.: (504) 525-9522
Attorneys for Plaintiff

_____
THE DUGAN LAW FIRM, APLC
James R. Dugan, II (24785)
David S. Scalia (21369)
One Canal Place, Suite 1000
365 Canal Street
New Orleans, LA 70130
Tel: 504-648-0180
Fax: 504-648-0181

_____
CHEHARDY SHERMAN & WILLIAMS
James M. Williams (26141)
One Galleria, Suite 1100
Metairie, Louisiana 70001
(504) 217-2006

_____
LAW OFFICE OF ALVENDIA,
KELLY & DEMAREST, LLC
Roderick "Rico" Alvendia, (2555)
J. Bart Kelly, III, (24488)
Jeanne K. Demarest, 23032)
909 Poydras Street, Suite 1625
New Orleans, Louisiana 70112
Telephone: (504) 200-0000
Facsimile: (504) 200-0001

_____
IRPINO AVIN & HAWKINS
Anthony D. Irpino (24727)
2216 Magazine St.
New Orleans, LA 70130
Tel:  (504) 525-1500
Fax: (504) 525-1501

FILED

2019 JAN 24 P 3:51

CIVIL
DISTRICT COURT

**CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS**

**STATE OF LOUISIANA**

NO. 19-707                    DIVISION "I"                    Docket: 14

**TOMMY BADEAUX AND CANDIS LAMBERT, individually and on behalf of NEW
ORLEANS SAINTS SEASON TICKET HOLDERS, NEW ORLEANS SAINTS
NATIONAL FAN BASE a/k/a THE WHO DAT NATION, ANY PARTY WITH
INTEREST THAT HAS BEEN AFFECTED BY THE OUTCOME**

**VERSUS**

**ROGER GOODELL as COMISSIONER OF THE NATIONAL FOOTBALL LEAGUE,
NATIONAL FOOTBALL LEAGUE and NFL PROPERTIES, LLC, Successor-in-interest
to NFL PROPERTIES, INC.**

FILED:_____          _____
                                                       **DEPUTY CLERK**

**MEMORANDUM IN SUPPORT OF JOINT MOTION TO ENROLL ADDITIONAL
COUNSEL OF RECORD**

**MAY IT PLEASE THE COURT:**

Plaintiffs in the above numbered and captioned cause wish to enroll additional attorneys
to serve as co-counsel to attorney Frank J. D'Amico, Jr. in the captioned matter. Attorneys
James R. Dugan, II, David S. Scalia, James M. Williams Roderick "Rico" Alvendia, J. Bart
Kelly, III, Jeanne K. Demarest, and Anthony D. Irpino, have been consulting with attorney Frank
J. Damico, Jr., and agree to enroll as additional counsel of record for the plaintiffs in this matter.
All said attorneys are in good standing and duly licensed to practice before this Honorable Court.
No defendant has filed an answer or made an appearance and enrolling co-counsel will not
impede the progress of this matter. Therefore, the plaintiffs and counsel listed hereinabove
jointly request that the motion be granted and that the attorneys be enrolled as prayed for,

Respectfully Submitted,

FRANK J. D'AMICO, JR., APLC

Frank J. D'Amico, Jr. (17519)
New Orleans, Louisiana 70113
Telephone No.: (504) 525-7272
Facsimile No.: (504) 525-9522
Attorneys for Plaintiff



3

FILED

2019 JAN 24  P 3: 51

CIVIL

DISTRICT COURT

THE DUGAN LAW FIRM, APLC
James R. Dugan, II (24785)
David S. Scalia (21369)
One Canal Place, Suite 1000
365 Canal Street
New Orleans, LA70130
Tel: 504-648-0180
Fax: 504-648-0181

CHEHARDY SHERMAN & WILLIAMS
James M. Williams (26141)
One Galleria, Suite 1100
Metairie, Louisiana 70001
(504) 217-2006

LAW OFFICE OF ALVENDIA,
KELLY & DEMAREST, LLC
Roderick "Rico" Alvendia, (2555)
J. Bart Kelly, III, (24488)
Jeanne K. Demarest, 23032)
909 Poydras Street, Suite 1625
New Orleans, Louisiana 70112
Telephone: (504) 200-0000
Facsimile: (504) 200-0001

IRPINO AVIN & HAWKINS
Anthony D. Irpino (24727)
2216 Magazine St.
New Orleans, LA 70130
Tel: (504) 525-1500
Fax: (504) 525-1501

**CERTIFICATE OF SERVICE**

I do hereby certify that on this 24th day of January 2019, I served a copy of the above

and foregoing pleading on counsel for all parties to this proceeding, by mailing the same by

United States Mail, and/or facsimile; properly addressed, and first-class postage paid.

David S. Scalia

4

FILED

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS ⊃ 3: 51

STATE OF LOUISIANA

NO. 19-707              DIVISION  " I "                    CIVIL
                                                  DISTRICT COURT
                                                  Docket: 14

**TOMMY BADEAUX AND CANDIS LAMBERT, individually and on behalf of NEW
ORLEANS SAINTS SEASON TICKET HOLDERS, NEW ORLEANS SAINTS
NATIONAL FAN BASE a/k/a THE WHO DAT NATION, ANY PARTY WITH
INTEREST THAT HAS BEEN AFFECTED BY THE OUTCOME**

**VERSUS**

**ROGER GOODELL as COMISSIONER OF THE NATIONAL FOOTBALL LEAGUE,
NATIONAL FOOTBALL LEAGUE and NFL PROPERTIES, LLC, Successor-in-interest
to NFL PROPERTIES, INC.**

FILED:_____          _____
                                                  DEPUTY CLERK

**ORDER**

Considering the above and foregoing,

    **IT IS ORDERED,** that the motion be and is hereby **GRANTED,** and

**THE DUGAN LAW FIRM, APLC**              **LAW OFFICE OF ALVENDIA,**
James R. Dugan, II (24785)                **KELLY & DEMAREST, LLC**
David S. Scalia (21369)                   Roderick "Rico" Alvendia, (2555)
One Canal Place, Suite 1000               J. Bart Kelly, III, (24488)
365 Canal Street                          Jeanne K. Demarest, 23032)
New Orleans, LA 70130                     909 Poydras Street, Suite 1625
Tel: 504-648-0180                         New Orleans, Louisiana 70112
Fax: 504-648-0181                         Telephone: (504) 200-0000
                                          Facsimile: (504) 200-0001

**CHEHARDY SHERMAN &**
**WILLIAMS**                              **IRPINO AVIN & HAWKINS**
James M. Williams (26141)                 Anthony D. Irpino (24727)
One Galleria, Suite 1100                  2216 Magazine St.
Metairie, Louisiana 70001                 New Orleans, LA 70130
(504) 217-2006                            Tel:  (504) 525-1500
                                          Fax: (504) 525-1501

Be and are hereby enrolled as additional counsel of record for the plaintiffs in the

captioned matter.

New Orleans, Louisiana, this ____ day of January, 2019

                                          _____
                                          Judge, Civil District Court

