UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TOMMY BADEAUX, ET AL | CIVIL ACTION |
| VERSUS | NO. 19-0566 |
| ROGER GOODELL, ETC., ET AL | SECTION: M (5) |

### ORDER OF RECUSAL

In accordance with 28 U.S.C. § 455, because he is a New Orleans Saints season ticket holder, the undersigned hereby disqualifies himself from handling this matter; accordingly,

**IT IS ORDERED** that the Clerk of Court reallot this matter to another Section of this Court.

New Orleans, Louisiana, this 25th day of January 2019.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE

1/25/19
**REALLOTTED TO**
**SECT. E**