UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TOMMY BADEAUX AND CANDIS LAMBERT, individually and o/b/o NEW ORLEANS SAINTS SEASON TICKET HOLDERS, NEW ORLEANS SAINTS NATIONAL FAN BASE a/k/a THE WHO DAT NATION, ANY PARTY WITH INTEREST THAT HAS BEEN AFFECTED BY THE OUTCOME,** | * CIVIL ACTION NO. 19-cv-566 *  * * SECTION M, DIVISION 5 * * * * JUDGE SUSIE MORGAN * * MAGISTRATE JUDGE MICHAEL |
| Plaintiffs, | * NORTH * |
| versus | * * |
| **ROGER GOODELL as COMMISSIONER OF THE NATIONAL FOOTBALL LEAGUE, NATIONAL FOOTBALL LEAGUE And NFL PROPERTIES, LLC, Successor-in-Interest to NFL PROPERTIES, INC.** | * * * * * * |
| Defendants. | * * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## SUPPLEMENT TO NOTICE OF REMOVAL

The NFL Defendants—the National Football League ("NFL"), NFL Properties LLC, and Roger Goodell as Commissioner of the NFL (collectively, "the NFL Defendants")—supplement their Notice of Removal filed on January 25, 2019 (R. Doc. 1), to add the following paragraph 7a. to the Grounds for Removal:

7a. While CAFA's minimal diversity requirement is satisfied as long as any one defendant is diverse from any one plaintiff, such that the allegations of citizenship of Defendants NFL and NFL Properties LLC as being diverse from Plaintiffs Tommy Badeaux and Candis Lambert

suffice, for purposes of providing the Court with a complete set of citizenship allegations regarding all Defendants, Commissioner Roger Goodell's domicile is in the State of New York.[1]

Respectfully submitted,

*/s/ H.S. Bartlett III*
Gladstone N. Jones, III (La. Bar No. 22221)
H.S. Bartlett III (La. Bar No. 26795)
Lynn E. Swanson (La. Bar No. 22650)
Peter N. Freiberg (La. Bar No. 22912)
Jones, Swanson, Huddell & Garrison, L.L.C.
601 Poydras Street, Suite 2655
New Orleans, La. 70130
(504) 523-2500
(504) 523-2508 (facsimile)

**Attorneys for the NFL Defendants**

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above pleading was served on counsel of record by filing in this Court's CM/ECF System, on this date, the 28th day of January, 2019.

*H.S. Bartlett III*
H.S. Bartlett III

---

[1] In their Petition, Plaintiffs alleged the Commissioner is a "resident of the State of New York"; the Defendants are clarifying that the Commissioner's domicile is in the State of New York. *See Monardes v. Ayub*, 339 Fed. Appx. 369, 369 (5th Cir. 2009) ("For purposes of diversity jurisdiction, the domicile of the parties, as opposed to their residence, is the key.") (internal citations and quotation marks omitted).