MINUTE ENTRY
MORGAN, J.
JANUARY 28, 2019

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TOMMY BADEAUX, ET AL. | CIVIL ACTION |
| VERSUS | NO. 19-566 |
| ROGER GOODELL, ET AL. | SECTION "E" (5) |

JUDGE SUSIE MORGAN, PRESIDING

**MONDAY, JANUARY 28, 2019 (12:05 p.m. – 1:05 p.m.)**

COURTROOM DEPUTY: Brad Newell
COURT REPORTER: Toni Tusa

APPEARANCES: Frank J. D'Amico, Jr., Roderick Alvendia, James R. Dugan, II, David S. Scalia, and James M. Williams for the Plaintiffs

Gladstone N. Jones, III, Harvey S. Bartlett, III, and Lynn Swanson for the Defendants

**HEARING REGARDING JURISDICTION AS DIRECTED BY R. DOC. 4**

Arguments made by counsel.

Parties to appear in Judge's chambers on Monday, January 28, 2019 at 5:00 p.m.

Additional briefing regarding the jurisdictional issues discussed at today's hearing due to the Court by 5:00 p.m., Monday, January 28, 2019.

JS-10: 1:00