MINUTE ENTRY
MORGAN, J.
January 28, 2019

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TOMMY BADEAUX, ET AL.,**       **Plaintiffs** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-566** |
| **ROGER GOODELL, ET AL.,**       **Defendants** | **SECTION "E" (5)** |

A status conference was held on January 28, 2019, at 5:00 p.m. in the chambers of Judge Susie Morgan.

Present:   Frank D'Amico, James Dugan, David Scalia, Roderick Alvendia, and John Kelly, counsel for Plaintiffs, Tommy Badeaux and Candis Lambert; Gladstone Jones, Harvey Bartlett, Lynn Swanson, and Peter Frieberg, counsel for Defendants, Roger Goodell, National Football League, and NFL Properties, LLC.

The parties discussed the status of the case. The Court **GRANTED** Defendants leave to file an amended Notice of Removal to properly allege the citizenship of Defendant Goodell. The Court will hold a telephone status conference on **Tuesday, January 29, 2019 at 12:00 p.m.**

New Orleans, Louisiana, this 29th day of January, 2019.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

JS10 (1:25)