UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TOMMY BADEAUX AND CANDIS LAMBERT, individually and on behalf of NEW ORLEANS SAINTS SEASON TICKET HOLDERS, NEW ORLEANS SAINTS NATIONAL FAN BASE a/k/a THE WHO DAT NATION, ANY PARTY WITH INTEREST THAT HAS BEEN AFFECTED BY THE OUTCOME<br><br>VERSUS<br><br>ROGER GOODELL as COMISSIONER OF THE NATIONAL FOOTBALL LEAGUE, NATIONAL FOOTBALL LEAGUE and NFL PROPERTIES, LLC, Successor-in-interest to NFL PROPERTIES, INC. | NO. 2:19-CV-00566<br><br>JUDGE: "E"<br><br>MAGISTRATE: (5) |

## ORDER

Considering the Plaintiffs Motion for Expedited Consideration of the Motion to Remand,

**IT IS ORDERED** that the motion be and is hereby **GRANTED**. The Defendants shall file their Brief in Opposition to the Motion to Remand on or before **January 30, 2019 at 12:00 p.m.**

New Orleans, Louisiana, this 29th day of January, 2019.

*Susie Morgan*
**Susie Morgan**
**United States District Judge**