UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TOMMY BADEAUX, ET AL.,**<br>    **Plaintiffs** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-566** |
| **ROGER GOODELL, ET AL.,**<br>    **Defendants** | **CIVIL ACTION** |

*Related Case:*

| | |
|---|---|
| **DARRELL GUILLORY,**<br>    **Plaintiff** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-1197** |
| **THE NATIONAL FOOTBALL**<br>**LEAGUE, ET AL.,**<br>    **Defendants** | **SECTION "E" (5)** |

*Applies to: Both Cases*

### ORDER

**IT IS ORDERED** that a status conference be held in chambers on **Tuesday, February 26, 2019** at **12:30 p.m.**

New Orleans, Louisiana, this 20th day of February, 2019.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**