MINUTE ENTRY
MORGAN, J.
February 26, 2019

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TOMMY BADEAUX, ET AL.,**<br>    **Plaintiffs** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-566** |
| **ROGER GOODELL, ET AL.,**<br>    **Defendants** | **SECTION "E" (5)** |

A status conference was held on February 26, 2019, at 12:30 p.m. in the chambers of Judge Susie Morgan. Also in attendance were counsel in 19-1197 Guillory v. The National Football League, et al.

Present:   Frank D'Amico, James Dugan, and Roderick Alvendia, counsel for Plaintiffs, Tommy Badeaux and Candis Lambert; L. Eric Williams, Tregg Wilson, and John Finckbeiner, counsel for Plaintiff, Darrell Guillory; Gladstone Jones (via telephone), Harvey Bartlett, and Lynn Swanson, counsel for Defendants, Roger Goodell, National Football League, and NFL Properties, LLC.

The parties discussed the status of the above-captioned matter and the pending Motion to Dismiss.[1] Counsel for Plaintiffs requested leave to amend the Complaint. The Court **GRANTED** Plaintiffs leave to amend the Complaint. Plaintiffs shall file an amended complaint by no later than **Tuesday, March 12, 2019**. If Plaintiffs file an amended complaint on or before March 12, 2019, Defendants' Motion to Dismiss will be denied without prejudice as moot.

**New Orleans, Louisiana, this 27th day of February, 2019.**

_____
**SUSIE MORGAN
UNITED STATES DISTRICT JUDGE**

JS10 (0:30)

---
[1] R. Doc. 34.