UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**TOMMY BADEAUX, ET AL.,**                       **CIVIL DOCKET**
    **Plaintiffs**

**VERSUS**                                                              **NO. 19-566**

**ROGER GOODELL, ET AL.,**                      **SECTION: "E"(5)**
    **Defendants**

## ORDER

Considering the foregoing:[1]

**IT IS ORDERED** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this action is dismissed without prejudice with each party bearing its own costs, expenses, and attorneys' fees.

**New Orleans, Louisiana, this 1st day of March, 2019.**

                                    _____
                                      **SUSIE MORGAN**
                          **UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 37.